IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eric Ramirez Ramirez,

Petitioner,

vs.

Pamela Bondi, Attorney General et al.,

Defendants.

Case No. 0:26-cv-01680-DMT-JFD

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon Petitioner's Stipulation for Dismissal filed on March 8, 2026. Doc. No. 10.

[¶ 2]   Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED March 9, 2026.

Daniel M. Traynor, District Judge
United States District Court